# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Christopher Eugene Miller<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:23-mj-00059<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 8, 2022,__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

See the attached affidavit of Deputy U.S. Marshal Kaleb Anderson.

☑ Continued on the attached sheet.

s/ by telephone
*Complainant's signature*

Kaleb Anderson, Deputy U.S. Marshal
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:30 pm__ a.m./p.m.

Date: __March 23, 2023__
*Judge's signature*

City and state: __Portland, Oregon__   Honorable Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*